IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

FILED

JAN 2 5 2005

LARRY W. PROPES, CLERK
CHARLESTON, SC

Henry Tim Gilmore
*Enter the full name of the plaintiff in this action*

v.

George Sink

*Enter above the full name of defendant(s) in this action*

COMPLAINT

Civil Action No. 2:05-0128-18AJ
*(to be assigned by Clerk)*

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment? Yes______ No ✓

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to this previous lawsuit:

   Plaintiff: ______

   Defendant(s): ______

2. Court: ______
   *(If federal court, name the district; if state, name the county)*

3. Docket Number: ______

4. Name of Judge to whom case was assigned: ______

5. Disposition: ______
   *(For example, was the case dismissed? Appealed? Pending?)*

6. Approximate date of filing lawsuit: ______

7. Approximate date of disposition: ______

II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: [illegible handwriting] County [illegible]

B. What are the issues that you are attempting to litigate in the above-captioned case?

Civil

C. (1) Is there a prisoner grievance procedure in this institution? Yes X No___

(2) Did you file a grievance concerning the claims you are raising in this matter? Yes___ No X

When ______ Grievance Number (if available) ______

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)? Yes___ N/A No___

E. When was the final agency/departmental/institutional answer or determination received by you? N/A

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

F. If there is no prison grievance procedure in this institution, did you complain to prison, jail, or institutional authorities? Yes___ No X

G. If your answer is YES:

1. What steps did you take? ______

2. What was the result? ______

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: Henry Tim Gilmore Inmate No.: [illegible]

Address: CCDC 3841 Leeds Ave North Chas SC 29405

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: George Sink Position: Attorney

Place of Employment: George Sink law firm

C. Additional Defendants *(provide the same information for each defendant as listed in Item B above)*:

______

## IV. STATEMENT OF CLAIM

*State here as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

[illegible]

## V. RELIEF

*State briefly and exactly what you want the court to do for you.*

[illegible]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31 day of December, [illegible].

Tim H. Gilmore
Signature of Plaintiff