AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

ENTERED
2/18/05

| | |
|---|---|
| Tim H. Gilmore, aka Tim Henry Gilmore, #1210606 | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff | Case Number:2:05-0128-18AJ |
| vs. | |
| George Sink, Attorney at Law | |
| Defendant | |

**Decision by Court.**  This action came before the Court, Honorable David C. Norton, U.S. District Judge, presiding. The Court having adopted the Report and Recommendation of Magistrate Judge Robert S. Carr for summary dismissal,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff take nothing on his Complaint

filed pursuant to Title 42: U.S.C. 1983 and the Complaint is dismissed without prejudice.


LARRY W. PROPES, Clerk

By _____
                    Deputy Clerk


February 18, 2005

6